**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JESSICA ROSE HANSELMANN d/b/a STUDIO
JESSICA ROSE,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:25-cv-00385

Judge Lindsay C. Jenkins

Magistrate Judge Jeffrey Cole

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 8 | Halloween & Fall/Winter Fashion Sale HanYuWang |
| 9 | Weisalu |
| 10 | Lightning Deals of Today Prime QUFECH |
| 11 | HZDream |
| 13 | halloween costumes woman 2024 sales |
| 15 | NIAIOCTI |
| 19 | WujiJia |
| 20 | Ruixinchengwangluo |
| 21 | WDQ clothing |
| 40 | MABUTINGTI October Sales Promotion 2024 |
| 41 | BDPORKAS |
| 43 | Jiabo |
| 45 | Clearance Sales Today Deals Prime GONEBIN |
| 49 | JXEHIUR |
| 52 | Doublelift: clearance sales today |
| 53 | Vivianft |
| 54 | WeUniqueSJK |
| 55 | JIANGYUYING |
| 110 | llttrrui |

| | |
|---|---|
| 136 | Geai Co. ltd |
| 138 | huresd |
| 164 | Fgvctg |
| 165 | pwidon |
| 166 | PURJKPU |
| 167 | CF TQWQT |
| 168 | YOUYAN |
| 169 | EHTMSAK |
| 183 | Yiruolin Technologies Co Ltd |

DATED:  March 26, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 26, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Keith A. Vogt
Keith A. Vogt